UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DUNCAN J. McNIEL, III, | ) |
| Plaintiff | ) ) ) |
| v | ) CAUSE NO. 3:05-CV-379 RM ) |
| UNITED STATES, *et al.*, | ) ) |
| Defendants | ) |

OPINION AND ORDER

Plaintiff Duncan J. McNiel, III, a prisoner confined at the Spokane County Jail, requests leave to proceed *in forma pauperis* on appeal. Pursuant to to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." For the reasons stated in this court's order of August 30, 2005, the court finds that this appeal is not taken in good faith. Mr. McNiel III, may still proceed with this appeal, but do so he must pay the full amount of the filing and docketing fees.

For the foregoing reasons, the court DENIES the plaintiff's motion for leave to proceed *in forma pauperis* on appeal (docket #18); AFFORDS the plaintiff to and including December 1, 2005, within to pay the $255.00 appellate and docketing fees; and ADVISES him that if he does not pay the filing and docketing fees by that date, this appeal may be dismissed without further notice without affecting his obligation to pay the filing and docketing fees.

SO ORDERED.

DATED: November 9 , 2005

      /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court